UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
FERRARA, DANIELLE

Case No.: 20-11478 (SLM)  
Chapter: 7  
Judge: STACEY L. MEISEL

### NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on June 16, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 2 Rolling Hills Drive<br>Budd Lake, NJ 07828<br><br>Current Market Value: $462,000.00 |
|---|---|

| Liens on property: | $380,000.00 |
|---|---|

| Amount of equity claimed as exempt: | $20,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee  
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.  
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039  
TELEPHONE NO: (973) 597-9100  
SUBMITTED BY: Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100  
DATED: May 18, 2020

```
                           United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 20-11478-SLM
Danielle Ferrara                                                    Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                 Page 1 of 1            Date Rcvd: May 18, 2020
                               Form ID: pdf905             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db             +Danielle Ferrara,    2 Rolling Hills Drive,    Budd Lake, NJ 07828-2538
518684352      +ADS/COMENITY/VENUS,    PO BOX 182789,    Columbus, OH 43218-2789
518684354      +Catherine Aponte,    Friedman Vartolo LLP,    1325 Franklin Ave Suite 230,
                 Garden City, NY 11530-1631
518684355       Citibank,    PO Box 769006,    San Antonio, TX 782459006
518684356      +Citibank Mortgage,    MIC 2197 BSC,    PO Box 6205,    Sioux Falls, SD 57117-6205
518684359      +Friedman Vartolo, LLP,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 18 2020 23:33:04     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2020 23:33:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 18 2020 23:38:09
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518684360       E-mail/Text: ebnbankruptcy@ahm.honda.com May 18 2020 23:33:10      Honda Finance,
                 PO Box 165378,    Irving, TX 750165378
518684353       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 18 2020 23:38:19       Capital One,
                 PO Box 70884,    Charlotte, NC 28272-0884
518684357       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 18 2020 23:32:45      Comenity Bank,
                 PO Box 659465,    San Antonio, TX 78265-9465
518684361       E-mail/Text: bncnotices@becket-lee.com May 18 2020 23:32:27      Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 532012983
518684362       E-mail/PDF: gecsedi@recoverycorp.com May 18 2020 23:39:16      Old Navy Visa/SYNCB,
                 PO Box 965005,    Orlando, FL 32896-0017
518684363       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2020 09:13:07
                 Portfolio Recovery,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
518689054      +E-mail/PDF: gecsedi@recoverycorp.com May 18 2020 23:38:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518684364       E-mail/Text: bankruptcy@td.com May 18 2020 23:33:06     TD Bank,   32 Chestnut Street,
                 Lewiston, ME 04243
518684365       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 18 2020 23:32:45      Victoria's Secret,
                 PO Box 659728,    San Antonio, TX 782659728
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518684358         former spouse
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Joan Sirkis Warren    on behalf of Debtor Danielle  Ferrara joan@joanlaverylaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```